IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORAN CAIN,<br><br>                Plaintiff,<br><br>v.<br><br>BUREAU OF ADMINISTRATIVE ADJUDICATION, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 16-0613 |

## **ORDER**

**AND NOW**, this 7th day of December 2016, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 6), Plaintiff's Responses (Doc. Nos. 10, 11) and Defendant's Reply (Doc. No. 12), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 6) is **GRANTED**;

2. Plaintiff's Motion for Summary Judgment and Declaratory Judgment (Doc. No. 11) is **DENIED**; and

3. The Clerk of Court shall close this case for statistical purposes.

                                               BY THE COURT:

                                               /s/ Joel H. Slomsky
                                               JOEL H. SLOMSKY, J.